# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Nos. 1D18-465
1D18-1006
(Consolidated for disposition)

_____

TEVIN BALDWIN,

  Appellant,

  v.

STATE OF FLORIDA,

  Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Ross M. Goodman, Judge.

May 16, 2019

PER CURIAM.

Tevin Baldwin appeals from the judgments and sentences imposed after the trial court found that he violated several conditions of his probation. We reject Baldwin's argument that there was insufficient evidence to establish that he violated condition five of his probation by committing three new drug-related offenses. But Baldwin correctly asserts that the State failed to establish the remaining violations with evidence other than hearsay. *See Rodgers v. State*, 171 So. 3d 236, 238 (Fla. 1st DCA 2015) (hearsay evidence is admissible in violation of probation hearings, but hearsay evidence that is not corroborated by non-hearsay evidence is insufficient to establish a violation of

probation). We nonetheless affirm the revocation of Baldwin's probation and the resulting sentences because it is clear from the record that the trial court would have made the same decision based solely on its finding that Baldwin committed three new law violations.

We note that the revocation order does not conform to the trial court's oral pronouncement that Baldwin violated condition five of his probation on three occasions. We therefore remand this matter to the trial court with directions to enter a corrected revocation order that conforms to the oral pronouncement on condition five and omits the findings that Baldwin violated the other conditions of probation.

AFFIRMED and REMANDED with instructions.

ROBERTS, RAY, and WINSOR, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Andy Thomas, Public Defender, and Lori A. Willner, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, and Barbara Debelius, Assistant Attorney General, Tallahassee, for Appellee.